JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARMANDO GONZALEZ,<br>    Plaintiff, | Civil No.: 2:21cv05902CAS(ASx) |
| | **ORDER** |
| v. | |
| | **The Honorable Christina A. Snyder** |
| KATHY A. BARAN, et al.,<br>    Defendants. | |

Upon consideration of Parties' *Stipulation for Dismissal*, it is hereby:

**ORDERED** that this action shall be dismissed,

**IT IS SO ORDERED.**

Dated this 18th day of July, 2022.

                                          _____
                                          The Honorable Christina A. Snyder
                                          United States District Judge

# LIST OF NAMES AND ADDRESSES OF ALL ATTORNEYS ENTITLED TO BE NOTIFIED OF THE ORDER'S ENTRY

**The following attorneys are entitled to be notified of the entry of this Order:**

JOSHUA L. GOLDSTEIN, Esq
Attorney for Plaintiff
Goldstein Immigration Lawyers
2217 Jerome Way
Los Angeles, CA 90039
Telephone:  (213) 425-1979
Email: jg@jgoldlaw.com
United States District Court for the Central District of California Bar No. CA Bar # 332467


DAVID PINCHAS
(Cal. Bar No. 130751)
Assistant United States Attorney
Federal Building, Suite 7516300
North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2920
Facsimile: (213) 894-7819
E-mail: david.pinchas@usdoj.gov
Attorneys for the United States of America